## HON. JOHN L. SINATRA, JR.
### Sentencing Timeline

USA v.   Ronald Serio                              Case #   19-cr-202

**FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING**

| | | |
|---|---|---|
| Presentence Report to Defendant, Defendant's Counsel & AUSA<br>45 days prior | Due: | Monday, October 18, 2021 |



| | | |
|---|---|---|
| Statements with Respect to Sentencing Factors<br>Objections to Presentence Report<br>Sentencing Motions & Sentencing Memoranda<br>31 days prior | Due: | Monday, November 01, 2021 |



| | | |
|---|---|---|
| Responses to Sentencing Motions<br>Responses to Sentencing Memoranda<br>Responses to Objections<br>21 days prior | Due: | Wednesday, November 10, 2021 |



| Presentence Report to Court<br>14 days prior | Character Letters<br>14 days prior | Due: | Wednesday, November 17, 2021 |
|---|---|---|---|



| | | |
|---|---|---|
| Motions to Adjourn<br>10 days prior | Due: | Tuesday, November 23, 2021 |



| | | |
|---|---|---|
| Sentencing Date<br>at least 120 days after the plea | Date:<br>Time: | Wednesday, December 01, 2021<br>10:00 |

Date of Plea:  04/01/2021